THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
JOHN A. KELLY [SBN 324463]
jkelly@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
MIDLAND CREDIT MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ABNEY, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. | Case No. 2:22-at-239 <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** <br><br> State Court Complaint Filed: 1/18/2022 |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendant Midland Credit Management, Inc. ("Midland") hereby removes this action from the Superior Court of the State of California for the County of Sacramento, Case No. 34-2022-00314458-CL-NP-GDS (the "State Case") to the United States District Court for the Eastern District of California. The grounds for this removal are:

**FACTUAL SUMMARY**

1. On January 18, 2022, plaintiff Nicole Abney commenced the State Case alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. § 1692

*et seq*.) and the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code § 1788 *et seq*.).

2. Midland was served with the summons and complaint on January 31, 2022.

3. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claims because they are so related to the claim over which the district court has original jurisdiction that they "form part of the same case or controversy." 28 U.S.C. § 1367(a).

5. Pursuant to 28 U.S.C. § 1446(a), Midland attaches as **Exhibit 1** and **Exhibit 2** the copies of all process, pleadings, and orders in the State Court action.

DATED: March 2, 2022        SOLOMON WARD SEIDENWURM & SMITH, LLP

By:   */s/ Thomas F. Landers*
      THOMAS F. LANDERS
      JOHN A. KELLY
      Attorneys for Defendant,
      MIDLAND CREDIT MANAGEMENT, INC.