**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Nicole Abney*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE ABNEY,** | Case No.: 2:22-cv-00390-MCE-KJN |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

Having reviewed the parties' stipulation to dismiss the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice;
2. Each party shall bear its own attorneys' fees and costs; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 1, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE